**FILED**
**SEP 2 3 2025**
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 25- 245 |
| AARON ROTH | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Benjamin C. Dobkin, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant AARON ROTH upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 18, United States Code, Sections 2113(a) & 2113(d), Title 18, United States Code, Sections 924(c)(1)(A)(i) & 924(c)(1)(A)(ii), Title 18, United States Code, Section 922(j), and Title 18, United States Code, Section 2113(a).

Recommended bond: Detention

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By:   */s/ Benjamin C. Dobkin*
BENJAMIN C. DOBKIN
Assistant U.S. Attorney
WV ID No. 13392